Michael Karns, Esq. (SBN 232256)
William Karns, Esq. (SBN 238599)
10801 National Blvd., Ste. 335
Los Angeles, CA 90064
Tel: (310) 623-9032
Fax: (310) 623-9033
Email: firm@karnsandkarns.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KYLE ANTHONY LEWIS**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES OF AMERICA; AND DOES 1-50, INCLUSIVE**.<br><br>Defendants. | Case No.: 2:15-cv-08354-CAS-AS<br>Assigned to: Hon. Christina A. Snyder<br><br>**[PROPOSED] JUDGMENT**<br><br><br>COMPLAINT FILED ON: 10/27/2015 |

This action was tried to the Court on October 21, October 27, October 28 and November 3, 2016. William Karns appeared for plaintiff and Assistant United States Attorney Garrett Coyle appeared for the United States. The Court decided in favor of the Plaintiff.

The Court order's that the Plaintiff, KYLE LEWIS, recover from the Defendant, UNITED STATES OF AMERICA the amount of $144,483.00, plus

///

///

$2,154.11 in costs (per Court Order) and also post judgment interest at a rate of 1.16% per annum.

Dated: June 12, 2017

By: *Christina A. Snyder*
HON. CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE