UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kyle Anthony Lewis**, | No. CV 15-8354-CAS (ASx) |
| Plaintiff, | **Amended Judgment** |
| – v. – | Hon. Christina A. Snyder<br>United States District Judge |
| **United States of America**, | |
| Defendant. | |

This action was tried to the Court on October 21, October 27, October 28 and November 3, 2016. William Karns appeared for plaintiff and Assistant U.S. Attorney Garrett Coyle appeared for the United States.

The Court decided in favor of plaintiff. The Court orders that plaintiff, KYLE LEWIS, recover from defendant, UNITED STATES OF AMERICA the amount of $144,483.00, plus $2,154.11 in costs (per Court Order). Post judgment interest at a rate of 1.16% per annum is awarded to plaintiff in the event that: (1) the United States appeals; (2) the judgment is affirmed on appeal; and (3) plaintiff files the transcript of the judgment with the Secretary of the Treasury. Such interest shall be paid "only from the date of filing of the transcript of the judgment with the Secretary of the Treasury through the day before the date of the mandate of affirmance." See 31 U.S.C. § 1304(b)(1)(A).

Dated: June 20, 2017

*Christina A. Snyder*
**Honorable Christina A. Snyder**
United States District Judge